UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Austin Robert Jonathan Bennett,<br>Plaintiff,<br><br>v.<br><br>Daniel C. Nilles, individually;<br>Walter Martinez, individually; and<br>Gabriel Beuckman, individually,<br>Defendants. | Case No. 2:26-cv-02986-JHC<br><br>ORDER ON APPLICATION<br>FOR APPOINTMENT OF COUNSEL |

Before the Court is Plaintiff's Application and Motion for Appointment of Counsel. Dkt. # 10. There is no right to counsel in civil actions. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). A court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only if there are "exceptional circumstances." *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). To determine whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate [their] claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Plaintiff has not shown that extraordinary circumstances warrant appointment of counsel, as he has not demonstrated a likelihood of success on the merits, and he shows an ability to articulate his claims. Thus, the Court DENIES the motion.

DATED this 22nd day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge